# 21-13755-BB

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff-Appellee,

v.

IBRAHIM ALMAGARBY & MICROCAP EQUITY GROUP, LLC

Defendants-Appellants,

---

On Appeal from the United States District Court
for the Southern District of Florida, No. 17-62255-CIV

---

## THE SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO APPELLANT'S REQUEST TO HAVE THE SAME PANEL CONSIDER THIS CASE AND *SEC v. KEENER* (No. 22-14237)

---

MICHAEL A. CONLEY
Solicitor

DOMINICK V. FREDA
Assistant General Counsel

DAVID D. LISITZA
Senior Appellate Counsel

ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*SEC v. Almagarby*, No. 21-13755-BB

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee Securities and Exchange Commission submits this Certificate of Interested Persons and Corporate Disclosure Statement listing all persons and entities with an interest in the outcome of this action:

1.      Almagarby International, LLC

2.      Aluf Holdings, Inc. (AHIX), microcap issuer

3.      Archstone Capital, LLC

4.      Augustini, Hope H., attorney for the Commission

5.      Access Pharma, Inc. (ALST, AXXE), microcap issuer

6.      Berkovitz, Dan, attorney for the Commission

7.      Bridgewater Capital, LLC

8.      Bulova Technologies Group, Inc. (BTGI), microcap issuer

9.      CD International Enterprises, Inc. (CDII), microcap issuer

10.      Conley, Michael A, attorney for the Commission

11.      Cooke, Hon. Marcia G., District Court Judge

12.      Daniels Corporate Advisory Company, Inc. (DCAC), microcap issuer

13.      Dewmar International BMC, Inc. (DEWM), microcap issuer

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
## DISCLOSURE STATEMENT (cont'd)

*SEC v. Almagarby*, No. 21-13755-BB

14.     East Coast Diversified Corp. (ECDC), microcap issuer

15.     Elray Resources, Inc. (ELRA), microcap issuer

16.     Energy Revenue America, Inc. (ERAO), microcap issuer

17.     Eyes on the Go, Inc. (AXCG), microcap issuer

18.     Freda, Dominick V., attorney for the Commission

19.     Fusco, Anthony

20.     Gold & Silver Mining of Nevada, Inc. (CJTF), f/k/a RainMaker

Worldwide, Inc. (RAKR), microcap issuer

21.     Gold and GemStone Mining Inc. (GGSM), microcap issuer

22.     Green Energy Enterprises, Inc. (GYOG), f/k/a Quasar Aerospace

Industries, Inc. (QASP), microcap issuer

23.     Greenfield Farms Food, Inc. (GRAS), microcap issuer

24.     Grid Petroleum Corp. (GRPR)/Simlatus Corporation (SIML),

microcap issuer

25.     Halberd Corporation (HALB), microcap issuer

26.     Halitron, Inc. (HAON), microcap issuer

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Almagarby*, No. 21-13755-BB

27.     Healthnostics, Inc. (HNSS), f/k/a Envirotechnologies International, Inc. (ETII), microcap issuer

28.     Healthy & Tasty Brands Corporation, a/k/a GRILLiT, Inc. (GRLT), microcap issuer

29.     Hunt, Hon. Patrick M., Magistrate Judge

30.     Hybrid Coating Technologies, Inc. (HCTI), microcap issuer

31.     In Ovations Holdings, Inc. (INOH), microcap issuer

32.     Indo Global Exchange(s) Pte, Ltd. (IGEX), microcap issuer

33.     InoLife Technologies, Inc. (INOL), microcap issuer

34.     InternetArray, Inc. (INAR), microcap issuer

35.     Las Vegas Railway Express, Inc. (UTRN), f/k/a United Rail, Inc. (URAL), microcap issuer

36.     LIG Assets, Inc. (LIGA), microcap issuer

37.     Lisitza, David D., attorney for the Commission

38.     Medical Care Technologies Inc. (MDCE), microcap issuer

39.     Mining Global, Inc., f/k/a Yaterra Venturea Corp. (MNGG), microcap issuer

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT (cont'd)**

*SEC v. Almagarby*, No. 21-13755-BB

40.      My ECheck, Inc. (MYEC), microcap issuer

41.      Next Galaxy Corp. (NXGA), microcap issuer

42.      North American Cannabis Holdings, Inc. (USMJ), f/k/a Algae

International Group, Inc. (ALGA), microcap issuer

43.      PM&E, Inc. (PMEA), microcap issuer

44.      PotNetwork Holdings, Inc. (POTN), microcap issuer

45.      PPJ Healthcare Enterprises, Inc. (PPJE), microcap issuer

46.      Ramkumar, Archith, attorney for the Commission

47.      Sanomedics, Inc. (SIMH), microcap issuer

48.      Seven Arts Entertainment, Inc. (SAPX), microcap issuer

49.      Urban Ag Corp. (AQUM), microcap issuer

The Securities and Exchange Commission agrees with appellant Ibrahim Almagarby that this appeal and *SEC v. Keener*, No. 22-14237, should not be "formal[ly] consolidat[ed]" "for any purpose, including oral argument[.]"  Mot. 4; *see SEC v. Keener*, Commission's Opposition to Keener's Motion to Consolidate, Dkt. 20, No. 22-14237 (11th Cir. Feb. 9, 2023).  As the Commission noted in its opposition to Keener's motion to consolidate, however, while it believes that having the same panel hear both cases is unnecessary given that both appeals are governed by the same precedents, *see id.* at 3, the Commission does not oppose Almagarby's request, which poses much less of a burden on the Court's resources and the decisional process than would formal consolidation.

Respectfully submitted,

MICHAEL A. CONLEY
Solicitor

DOMINICK V. FREDA
Assistant General Counsel

DAVID D. LISITZA
Senior Appellate Counsel

/s/    Archith Ramkumar
ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

1

February 10, 2023

## CERTIFICATIONS

I hereby certify that:

1.  This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 116 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3.  I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on February 10, 2023.

/s/   Archith Ramkumar
ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

February 10, 2023