IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 21-13755-HH
_____

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff - Appellee,

versus

IBRAHIM ALMAGARBY,
MICROCAP EQUITY GROUP, LLC,

                                    Defendants - Appellants.

_____

No. 22-14237-JJ
_____

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff - Appellee,

versus

JUSTIN W. KEENER,
d.b.a. JMJ Financial,

                                    Defendant - Appellant.
_____

Appeals from the United States District Court
for the Southern District of Florida
_____

ORDER:

Appellant Justin W. Keener's motion to consolidate the appeals is DENIED.

Appellants Ibrahim Almagarby and Microcap Equity Group, LLC's, motion to have the same panel consider the appeals is DENIED.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE