# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13755

_____

SECURITIES AND EXCHANGE COMMISSION,

                                                                                   Plaintiff-Appellee,

*versus*

IBRAHIM ALMAGARBY,
MICROCAP EQUITY GROUP, LLC,

                                                                                 Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:17-cv-62255-MGC

_____

ORDER:

Unopposed Motion of Trading and Markets Project, Inc. for leave to file AMICUS CURIAE brief supporting Defendants-Appellants and reversal out-of-time is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION