# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*SEC v. Almagarby*, No. 21-13755

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee Securities and Exchange Commission submits this Certificate of Interested Persons and Corporate Disclosure Statement listing all persons and entities with an interest in the outcome of this action:

1. Almagarby International, LLC
2. Aluf Holdings, Inc. (AHIX), microcap issuer
3. Archstone Capital, LLC
4. Augustini, Hope H., attorney for the Commission
5. Access Pharma, Inc. (ALST, AXXE), microcap issuer
6. Berkovitz, Dan, attorney for the Commission
7. Bridgewater Capital, LLC
8. Bulova Technologies Group, Inc. (BTGI), microcap issuer
9. CD International Enterprises, Inc. (CDII), microcap issuer
10. Conley, Michael A, attorney for the Commission
11. Cooke, Hon. Marcia G., District Court Judge
12. Daniels Corporate Advisory Company, Inc. (DCAC), microcap issuer
13. Dewmar International BMC, Inc. (DEWM), microcap issuer

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Almagarby*, No. 21-13755

14. East Coast Diversified Corp. (ECDC), microcap issuer

15. Elray Resources, Inc. (ELRA), microcap issuer

16. Energy Revenue America, Inc. (ERAO), microcap issuer

17. Eyes on the Go, Inc. (AXCG), microcap issuer

18. Freda, Dominick V., attorney for the Commission

19. Fusco, Anthony

20. Gold & Silver Mining of Nevada, Inc. (CJTF), f/k/a RainMaker Worldwide, Inc. (RAKR), microcap issuer

21. Gold and GemStone Mining Inc. (GGSM), microcap issuer

22. Green Energy Enterprises, Inc. (GYOG), f/k/a Quasar Aerospace Industries, Inc. (QASP), microcap issuer

23. Greenfield Farms Food, Inc. (GRAS), microcap issuer

24. Grid Petroleum Corp. (GRPR)/Simlatus Corporation (SIML), microcap issuer

25. Halberd Corporation (HALB), microcap issuer

26. Halitron, Inc. (HAON), microcap issuer

27. Healthnostics, Inc. (HNSS), f/k/a Envirotechnologies International, Inc. (ETII), microcap issuer

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Almagarby*, No. 21-13755

28.  Healthy & Tasty Brands Corporation, a/k/a GRILLiT, Inc. (GRLT), microcap issuer

29.  Hunt, Hon. Patrick M., Magistrate Judge

30.  Hybrid Coating Technologies, Inc. (HCTI), microcap issuer

31.  In Ovations Holdings, Inc. (INOH), microcap issuer

32.  Indo Global Exchange(s) Pte, Ltd. (IGEX), microcap issuer

33.  InoLife Technologies, Inc. (INOL), microcap issuer

34.  InternetArray, Inc. (INAR), microcap issuer

35.  Las Vegas Railway Express, Inc. (UTRN), f/k/a United Rail, Inc. (URAL), microcap issuer

36.  LIG Assets, Inc. (LIGA), microcap issuer

37.  Lisitza, David D., attorney for the Commission

38.  Medical Care Technologies Inc. (MDCE), microcap issuer

39.  Mining Global, Inc., f/k/a Yaterra Venturea Corp. (MNGG), microcap issuer

40.  My ECheck, Inc. (MYEC), microcap issuer

41.  Next Galaxy Corp. (NXGA), microcap issuer

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Almagarby*, No. 21-13755

42.  North American Cannabis Holdings, Inc. (USMJ), f/k/a Algae International Group, Inc. (ALGA), microcap issuer

43.  PM&E, Inc. (PMEA), microcap issuer

44.  PotNetwork Holdings, Inc. (POTN), microcap issuer

45.  PPJ Healthcare Enterprises, Inc. (PPJE), microcap issuer

46.  Ramkumar, Archith, attorney for the Commission

47.  Sanomedics, Inc. (SIMH), microcap issuer

48.  Seven Arts Entertainment, Inc. (SAPX), microcap issuer

49.  Urban Ag Corp. (AQUM), microcap issuer



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

November 29, 2023

<u>Via ECF</u>

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:   *SEC v. Almagarby*, No. 21-13755

Dear Mr. Smith:

   Almagarby's reliance in his November 16, 2023 letter on *SEC v. Govil*, 86 F.4th 89 (2d Cir. 2023), is misplaced.

   Insofar as *Govil* requires a showing of pecuniary harm before ordering disgorgement, it is inconsistent with binding precedent holding that disgorgement is a profit-based remedy that returns the violator (not victims) to the *status quo ante*. *See Liu v. SEC*, 140 S. Ct. 1936, 1942-43 (2020) (disgorgement prevents "unjust enrichment" by taking "money out of the wrongdoer's hands"); *Hard Candy, LLC v. Anastasia Beverly Hills, Inc.*, 921 F.3d 1343, 1354 (11th Cir. 2019) (Disgorgement's "focus is entirely on the alleged [violator's] gain; the plaintiff is not required to present any evidence of particular financial harm."); *SEC v. Calvo*, 378 F.3d 1211, 1217-18 (11th Cir. 2004) ("Although the Commission … may use the disgorged proceeds to compensate injured victims," the purpose of disgorgement is to deprive defendants of their "ill-gotten gains."); *SEC v. Blatt*, 583 F.2d 1325, 1335 (5th Cir. 1978) (The defendant disgorges "the amount by which he was unjustly enriched," "not to compensate the victims of the fraud, but to deprive the wrongdoer of his ill-gotten gain.").  *See also* SEC Br. 42-43 (citing *SEC v. GenAudio, Inc.*, 32 F.4th 902, 952-53 (10th Cir. 2022)); App. 261-62.

Mr. Smith, Clerk of Court
Page 2

      Regardless, unlike in *Govil*, it is undisputed that the (largely retail) investors who bought shares from Almagarby suffered pecuniary harm (significant share price decline) as a result of his selling activity.  *See* S.A. 204-207 ¶11 (price decline of 75 percent in 23 of 38 securities), ¶¶22-27 ("Defendants' sales of large quantities of shares over a short period of time negatively impacted the price of those securities."); S.A. 232-34 (exhibit showing negative price impact); S.A. 249 (noting that defendants did not dispute investors' losses).  The Commission has identified these harmed investors and will distribute to them any disgorged funds.  SEC Br. 43-44.

      Respectfully submitted,

DOMINICK V. FREDA
Assistant General Counsel

DAVID D. LISITZA
Senior Appellate Counsel

/s/ Archith Ramkumar
ARCHITH RAMKUMAR
Appellate Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-9040
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov